IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DARYL A. MARTIN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:09-cv-00226-WDQ |
| THE BALTIMORE CITY POLICE DEPARTMENT *et al.* | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT DEBORAH OWENS

Plaintiff, Daryl A. Martin, moves this Court, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for judgment by default against Defendant Deborah Owens. Defendant Deborah Owens, despite having been duly served, has failed to answer, move, plead or otherwise respond to Plaintiff's Complaint. The reasons in support of this motion are more fully explained in the accompanying memorandum. A proposed Order also is attached.

WHEREFORE, Plaintiff Daryl A. Martin respectfully requests that this Motion for Default Judgment Against Defendant Deborah Owens be granted.

Respectfully submitted,

/s/ *Steven D. Silverman*
Steven D. Silverman (Fed. Bar #22887)
Silverman Thompson Slutkin & White
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
(401) 385-2225
(410) 576-2224 (facsimile)
ssilverman@mdattorney.com

*Counsel for Plaintiff*

June 1, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DARYL A. MARTIN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:09-cv-00226-WDQ |
| THE BALTIMORE CITY POLICE DEPARTMENT *et al.* | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DEBORAH OWENS

Plaintiff, Daryl A. Martin ("Plaintiff Martin"), filed a Complaint on February 03, 2009, in the United States District Court for the District Court of Maryland, against various defendants alleging violation of 42 U.S.C. 1983, the Maryland Declaration of Rights, False Imprisonment, Battery and Intentional Infliction of Emotional Distress. Defendant Deborah Owens was served via Wayne Brooks, authorized agent of the Baltimore Police Department Legal Staff, at 601 E. Fayette Street Baltimore, Maryland 21202, on February 10, 2009. *See* this Court's Docket Sheet, ECF No. 7, attached hereto as Exhibit A.

Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure provides in pertinent part: "[A] defendant shall serve an answer… within 20 days after being served with the summons and complaint…" Fed.R. Civ. P. 12(a)(1)(A). Accordingly, Defendant Deborah Owens failed to move, plead or in any way respond to the Complaint on or before that date.

Rule 55(a) of the Federal Rules of Civil Procedure provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Fed. R. Civ. P. 55(a).

Defendant Deborah Owens is in default because she failed to answer or otherwise respond to the Complaint within the 20 day time period prescribed by Rule 12(a)(1). To date, Defendant Deborah Owens has neither answered or responded to Plaintiff's Complaint, nor explained to this Court her reasons for her failure to respond. Finally, Defendant Deborah Owens has not informed this Court of her intention to defend herself, and there is no record of counsel entering their appearance on Defendant Owens's behalf. Therefore, pursuant to Rule 55(a), Plaintiff is entitled to a judgment as a matter of law against Defendant Deborah Owens.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that this Court grant his Motion for Default Judgment Against Defendant Deborah Owens and enter judgment against her, award Plaintiff his costs and expenses incurred in pursuing this action, and award Plaintiff such further and additional relief as this Court deems just and equitable.

Respectfully submitted,

/s/
Steven D. Silverman (Fed. Bar #22887)
Silverman Thompson Slutkin & White
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
(401) 385-2225
(410) 576-2224 (facsimile)
ssilverman@mdattorney.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 1 day of June, 2009, a copy of the foregoing Plaintiff's Motion for Default Judgment Against Defendant Deborah Owens, the accompanying Memorandum, and proposed Order, which were filed electronically in this case on June \_\_\_\_, 2009, were mailed *via* first-class mail, postage prepaid, to:

> James H. Fields
> Joseph Spicer
> Jones and Associates, P.C.
> 111 South Calvert Street, Suite 2700
> Baltimore, Maryland 21202
>
> *Counsel for Defendant Rodriguez*
>
> Baltimore City Police Department
> 601 E. Fayette Street
> Baltimore, Maryland 21202
>
> *Defendant*
>
> William Harris
> c/o Baltimore Police Department
> 601 E. Fayette Street
> Baltimore, Maryland 21202
>
> *Defendant*
>
> Shakil Moss
> c/o Baltimore Police Department
> 601 E. Fayette Street
> Baltimore, Maryland 21202
>
> *Defendant*
>
> Deborah Owens
> c/o Baltimore Police Department
> 601 E. Fayette Street
> Baltimore, Maryland 21202
>
> *Defendant*

Leonard Hamm
c/o Baltimore Police Department
601 E. Fayette Street
Baltimore, Maryland 21202

*Defendant*

                                        /s/
                             Steven D. Silverman

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

**PLAINTIFF'S EXHIBIT A**

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE February 10, 2009 |
|---|---|
| NAME OF SERVER (PRINT) Philip Block | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): S/O Wayne Brooks, CSO, authorised agent of Balto Police Departments Legal Staff who was authorised to take service on behalf of Col. Deborah Owens at 601 E. Fayette St. Baltimore, MD 21202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  2-10-09
         Date

Signature of Server  *Philip Block*

Address of Server  PO Box 32261
                   Baltimore, MD 21282

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

DARYL A. MARTIN

**SUMMONS IN A CIVIL CASE**

V.

CASE  1:09CV0226

THE BALTIMORE CITY POLICE DEPARTMENT, et al.

TO: (Name and address of Defendant)

DEBORAH OWENS
c/o BALTIMORE CITY POLICE DEPARTMENT
601 E. Fayette Street
Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN D. SILVERMAN
Federal Bar No.: 22887
ANDREW C. WHITE
Federal Bar No.: 08821
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 N. Charles Street, Suite 2600
Baltimore, MD 21201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

2/9/09
DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DARYL A. MARTIN
    Plaintiff

v.                                      Civil Action No.: 1:09-cv-00226-WDQ

THE BALTIMORE CITY
POLICE DEPARTMENT *et al*.
    Defendants

---

## AFFIDAVIT

I, Steven Silverman do hereby state:

1. That I am at least (18) years of age and competent to testify to matters set forth herein.

2. Defendant Deborah Owens is not a minor, is competent, and not in military service. She is currently employed in a command position with the Baltimore Police Department.

3. The amount due and owing is not for a sum certain therefore a hearing before a judicial officer has been requested.

I hereby declare under pains and penalties of perjury that the forgoing statements are true and correct to the best of my knowledge, information, and belief.

                                                        Respectfully submitted,

                                                        _____/s/_____

                                                        Steven D. Silverman (Fed. Bar #22887)
                                                        Silverman Thompson Slutkin & White
                                                        201 N. Charles Street, Suite 2600
                                                        Baltimore, MD 21201
                                                        (401) 385-2225
                                                        (410) 576-2224 (facsimile)
                                                        ssilverman@mdattorney.com
                                                        *Counsel for Plaintiff*

June 1, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DARYL A. MARTIN

    Plaintiff

v.     Civil Action No.: 1:09-cv-00226-WDQ

THE BALTIMORE CITY
POLICE DEPARTMENT *et al.*

    Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGEMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on _____, as to Defendant for failure to plead or otherwise defend as provided in Federal Rules of Civil Procedure, and it appearing that defendant was properly served on February 10, 2009, therefore, it is this _____ day of _____, 2009, by the United States District Court for the District of Maryland,

**ORDERED and ADJUDGED** that Judgment by Default be and the same is entered in favor of Plaintiff against Defendant and that a hearing be scheduled before a judicial officer be scheduled to determine the amount of the judgment, attorney's fees, expenses, and prejudgment interest.

 

_____
The Honorable William D. Quarles Jr.
United States District Judge