## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DARYL A. MARTIN

              **Plaintiff**          *

      v.                           *          Civil No.  WDQ-09-0226

THE BALTIMORE CITY POLICE        *
DEPARTMENT, LEONARD HAMM,
AND DEBORAH OWENS              *
              **Defendants**     ******

### ORDER OF DEFAULT

It appearing from the records and/or affidavits that the summons and Complaint were properly served upon the above named Defendants, and that the time for said Defendants to plead or otherwise defend has expired , and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendants is entered this ___10th___ day of _June, 2009._

                                 FELICIA C. CANNON, CLERK

By: _____

                       Deputy Clerk
                       R. Lawson