# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Northern Division

| | |
|---|---|
| DARYL A. MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **Civil No. 1:09-cv-00226-WDQ** |
| ) | |
| THE BALTIMORE CITY ) | |
| POLICE DEPARTMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS BALTIMORE POLICE DEPARTMENT, LEONARD HAM, AND DEBORAH OWENS' MOTION TO VACATE/SET ASIDE DEFAULT

Defendants Baltimore Police Department (hereinafter "BPD"), Former Police Commissioner Leonard Ham, and Former Colonel Deborah Owens (currently the Deputy Commissioner of Administration), by their undersigned counsel, respectfully move for this Court to grant their motion to vacate/set aside default, and in support thereof state as follows:

1. The Defendants always intended to, and with the Court's permission-will vigorously defend against Plaintiff's allegations.

2. Accordingly, each of the relevant Defendants have a vibrant immunity defense, as well as several other legal theories upon which they will likely prevail. Thus, the requirement of having a meritorious defense in order to vacate an entry of default has been satisfied.

3. In addition, the Defendants submit that there is a reasonable explanation for the inadvertent failure to file a timely Answer, and will be clear to the Court that this was not a willful disregard for the rules of procedure or this Honorable Court.

4. Indicia of all of the Defendants' intent to defend against this lawsuit is evidenced by the fact that BPD's Legal Affairs engaged the services of outside counsel to represent co-defendant Officer Rodriguez, who filed his Answer on or about March 20, 2009. (Paper #8) Surely, the BPD would not willfully disregard its own obligation to defend, while simultaneously preserving the right of a co-defendant. Moreover, counsel for Plaintiff, Arthur McGreevy, requested and received assistance with the service of process for co-defendant Sergeant William Harris, who he claimed was refusing to accept service. By helping Plaintiff properly serve all Defendants of the lawsuit, Defendants' counsel's behavior is surely consistent with a representative preparing to engage in full-blown litigation. Now that co-defendant Sergeant Harris has been served, the BPD will engage outside counsel for him as well.

5. The oversight was due to the discovery of a conflict for the attorney who was to handle this case and the Answer was overlooked in the transition of the case to new counsel.[1]

6. Regrettably, the fact that an Answer for these particular Defendants was not filed was a grave oversight, which was not discovered until the BPD's outside-counsel for co-defendant Officer Rodriguez faxed a copy of the Court's Order to undersigned counsel's office on or about June 12, 2009, while the undersign counsel was out of town attending the Maryland State Bar Conference. (*See* Exhibit D – Fax regarding Order)

7. Defendants never received a copy of Plaintiff's Motion for Default, nor

---

[1] Deputy Chief Counsel Neal Janey, Jr. was scheduled to handle this case, when it was discovered that he was conflicted out, because while in private practice and prior to joining the Baltimore City Law Department, he interviewed the Plaintiff regarding this alleged incident.

did counsel for Plaintiff send a courtesy letter to inquire about the untimely filing, despite having spoken to the undersigned on several occasions requesting assistance pertaining to this litigation. Plaintiff's counsel never indicated that he was aware that an Answer for the relevant Defendants had not been filed, until undersigned counsel called to request consent to this motion on or about June 15, 2009, which he ultimately refused to give.

8. Plaintiff's Motion for Default Judgment, was mailed to an incorrect mailing address, and of course electronic notices are not being received, since an appearance has not been entered on behalf of these Defendants. (*See* Exhibit E – Plaintiff's Certificate of Service of the Motion for Default)

9. Plaintiff's counsel was certainly aware that the Defendants intended to mount a defense to the allegations averred in the Complaint as early as his May 4, 2009 letter regarding service. (*See* Exhibit A – Plaintiff Counsel's Letter) It is important to note that, like the motion for default, Plaintiff's counsel mistakenly sent the May 4, 2009 letter to the wrong address for the BPD, but unlike the motion, it was at least sent to a deliverable address. The letter was sent to the Law Department in City Hall, which sent the letter over to the BPD's Legal Affairs. The motion, however, was mailed to 601 E Fayette Street, which does not receive direct mail. Therefore, the Defendants were unaware of the Plaintiff's motion. The correct mailing address for all BPD correspondence is 242 W. 29th Street, Baltimore, Maryland 21211.

10. Counsel shutters to think that the Motion for Default was a strategy by Plaintiff's counsel to prevail without having the merits of the case examined.

11. Surely this oversight would have been cured much earlier had the parties communicated.

12. However, notwithstanding the misstep, this case has not yet been litigated, as service for co-defendant Sergeant William Harris was just completed on or about June 15, 2009. (Paper #27)

13. In the case at bar, the Defendants have taken immediate action to remedy their default, an Answer providing similar defenses has been filed by a co-defendant, the relevant Defendants have meritorious defenses to the claims made against them, the Plaintiff has not been prejudiced by the unfortunate oversight, and the Defendants' inaction was not willful.

14. Therefore, the Defendants respectfully request that this Court vacate/set aside the default judgment entered on June 11, 2009. (Paper #24).

**WHEREFORE**, Defendants Baltimore Police Department, Former Police Commissioner Leonard Ham, and Former Colonel Deborah Owens, pray this Honorable Court grant their Motion to Vacate/Set Aside Default, and order such other and further relief as the nature of this case may require.

Respectfully submitted,

__/s/_____
Mark H. Grimes (26644)
Chief Legal Counsel
Office of Legal Affairs
BALTIMORE POLICE DEPARTMENT
c/o 242 W. 29th Street
Baltimore, Maryland 21211
Telephone: (410) 396-2496
Facsimile: (410) 539-0536

Attorneys for Defendants