# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

January 4, 2010

TO COUNSEL OF RECORD

    Re:  Daryl Martin v. Baltimore City Police Department, et al.
         WDQ 09-226

Dear Counsel:

      In light of the Board of Estimates approval of the parties' settlement, may I enter a Local Rule 111 settlement order closing this case?

                                    Very truly yours,

                                      /s/

                                    William D. Quarles, Jr.
                                    United States District Judge